■ HARVEY P. CHARYN et al., Appellants, v. CHRISTOFOR MANZO, JR., Defendant, and CLAY D. ELLIOTT, Sued as ELLIOTT CLAY, Respondent.— Judgment dismissing the complaint in an action for personal injuries at the close of the entire case before submission to the jury, unanimously reversed, on the law, and a new trial granted, with $50 costs to abide the event. Plaintiffs' vehicle, a Police Department patrol car, was proceeding on Third Avenue near its intersection with 149th Street, Bronx County, in the center lane for northbound traffic. Said vehicle was struck on the right front side by defendant Manzo's vehicle. Subsequently the action was settled and discontinued against Manzo. The patrol car was propelled into the southbound roadway where it was struck by a southbound car owned and operated by defendant Elliott. The record makes out a question of fact as to whether or not in the exercise of reasonable care defendant Elliott could have avoided contact with the patrol car. Consequently the dismissal was error. Concur — Botein, P. J., McNally, Stevens, Steuer and Staley, JJ.

■ In the Matter of KATHLEEN CRONIN, Appellant, v. THEODORE H. LANG et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Judgment dismissing the petition after a trial without a jury affirmed, without costs or disbursements. Concur — Rabin, J. P., Eager and Steuer, JJ.; Stevens and Staley, JJ., dissent on the ground that the question is ambiguous and on the further ground that the answer given by petitioner is just as good as that selected by the commission (Matter of Acosta v. Lang, 18 A D 2d 618, revd. 13 N Y 2d 1079; 23 A D 2d 640, affd. 16 N Y 2d 668).